IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**GUILLERMO ORDUNO,**

    **Defendant.**                                          Case No. 06-cr-30166-11-DRH

## ORDER

**HERNDON, District Judge:**

        Pending before the defendant Orduno's second Motion to Dismiss Court Appointed Counsel (Doc. 174).  Previously, the Court held a hearing regarding Defendant's first Motion (Doc. 150).  The Court denied the Motion, finding that counsel seemed to adequately representing Defendant and that having appointed counsel who is fluent in Spanish was not something Defendant was constitutionally guaranteed.  Upon review of the transcript from that hearing, the Court finds no reason to once again conduct a hearing on Defendant's second Motion to Dismiss Counsel (Doc. 174), for it is clear that he will not make any further attempts to get along with his current counsel.  Therefore, Defendant's Motion (Doc. 174) is **GRANTED**.  Thus, the Court **APPOINTS** CJA-panel attorney Gordon E. Freese, 222 South Central Avenue, Suite 1004, St. Louis, Missouri, 63105, to hereby serve as defendant Orduno's representative counsel in this matter.  Attorney James Stern is

thus terminated as representative counsel for Defendant in this matter. The Court reminds the parties that this matter is currently set for trial on November 5, 2007 at 9:00 a.m.

Defendant, however, is cautioned that during the hearing, the Court did *not* find that Mr. Stern failed to properly serve him. Rather, it is apparent that Defendant demands more than what is required of the Court, which is to provide translation services for him. The Court is not required to provide Defendant with an attorney who is fluent in Spanish. From this point forward, Defendant is hereby admonished that he must make every reasonable effort to cooperate with his newly-appointed counsel.

**IT IS SO ORDERED**.

Signed this 22nd day of August, 2007.

/s/     DavidRHerndon
**United States District Judge**