IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**GUILLERMO ORDUNO,**

    **Defendant.**                                      Case No. 06-cr-30166-11-DRH

## ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is defendant Orduno's Motion to Exceed the Statutory Limit of $1,600.00 for Interpreter Services (Doc. 199). Due to defendant Orduno's inability to comprehend the English language, interpreter services have been necessary for attorney-client communications, interviews, written correspondence, and to translate discovery and for Court appearances. For the reasons pled and upon approval of Chief Judge Easterbrook, said Motion (Doc. 199) is **GRANTED**. The Court hereby **ORDERS** that defendant Orduno is authorized to exceed the $1,600.00 statutory limit for interpreter services, provided by Mr. Fernando Torres. Specifically, defendant Orduno is authorized to expend the

amount of **$2,427.20**, as stated in the billing estimate for services to be rendered by Mr. Torres, attached as Exhibit 1 to the instant Motion.

        **IT IS SO ORDERED.**
Signed this 9th day of October, 2007.

          /s/     DavidRHerndon
          **Chief Judge**
          **United States District Court**